UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-CV-61275-RS

HOWARD COHAN,

     Plaintiff,

vs.


FLORIDA FINE WINE & SPIRITS LLC,
a Florida Limited Liability Company
d/b/a TOTAL WINE

     Defendant(s).

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, FLORIDA FINE WINE & SPIRITS LLC, a Florida Limited Liability Company, d/b/a TOTAL WINE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against FLORIDA FINE WINE & SPIRITS LLC, a Florida Limited Liability Company, d/b/a TOTAL WINE; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

     RESPECTFULLY SUBMITTED November 8, 2022.

| | |
|---|---|
| **By: /s/ Gregory S. Sconzo** | **By: /s/ Marcos E. Hasbun** |
| Gregory S. Sconzo, Esq. | Marcos E. Hasbun |
| Florida Bar No.: 0105553 | Fla. Bar No. 0145270 |
| Samantha L. Simpson, Esq. | Zuckerman Spaeder LLP |
| Florida Bar No.: 1010423 | 101 E. Kennedy Blvd., Suite 1200 |
| Sconzo Law Office, P.A. | Tampa, FL 33602 |
| 3825 PGA Boulevard, Suite 207 | Tel: (813) 221-1010 |
| Palm Beach Gardens, FL 33410 | Fax: (813) 223-7961 |
| Telephone: (561) 729-0940 | mhasbun@zuckerman.com |
| Facsimile: (561) 491-9459 | *Counsel for Florida Fine Wine and Spirits,* |
| Email: greg@sconzolawoffice.com | *LLC d/b/a Total Wine* |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                     **/s/ Gregory S. Sconzo**
                                     **Gregory S. Sconzo, Esq.**