UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61275-RS

HOWARD COHAN,

     Plaintiff,

v.

FLORIDA FINE WINE & SPIRITS LLC,
a Florida Limited Liability Company d/b/a
TOTAL WINE,

     Defendant(s).

_____/

## ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice

[DE 14].  Accordingly, it is hereby,

     **ORDERED** that:

1.     This matter is **DISMISSED with prejudice**.

2.     All pending motions are **DENIED as moot**.

3.     Each party shall bear its own attorneys' fees and costs.

4.     This case is **CLOSED**.

     **DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of November, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record